```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS  DIVISION

JAMES FERGUSON,                      *

     Plaintiff                       *
                                        Case Number 4:03-CV-166 (CDL)
vs.                                  *

GEORGIA DEPARTMENT OF CORRECTIONS,*
BONNIE KERSEY, individually and
in her official capacity, RITA       *
F. MEANS, individually and in her
official capacity, and GERALD        *
COLEMAN, individually and in his
official capacity,                   *

     Defendants                      *
```

## J U D G M E N T

Pursuant to this Court's Order dated April 14, 2006, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants. Defendants shall also recover their costs of this action.

This 14th day of April, 2006.

                                   Gregory J. Leonard, Clerk

                                   s/ Timothy L. Frost
                                   Deputy Clerk